# IN THE SUPREME COURT OF IOWA

No. 16–2148

Scott County No. LACE124179

ORDER

**ROBERT W. MILAS,**
    Plaintiff-Appellant,

vs.

**SOCIETY INSURANCE** and **ANGELA BONLANDER,**
    Defendants-Appellees.

---

The court, McDonald, J., taking no part, being evenly divided, declares this case affirmed by operation of law. *See* Iowa Code § 602.4107 (2019).

Waterman, Mansfield, and Christensen, JJ., would affirm the judgment of the district court; Cady, C.J., and Wiggins and Appel, JJ., would reverse the judgment of the district court. *See State v. Effler*, 769 N.W.2d 880, 884 (Iowa 2009) ("[W]hen the supreme court is equally divided on an issue upon which the district court and court of appeals differ, the decision of the district court is affirmed by operation of law.").

Copies to:

Andrew William Bribriesco
Anthony John Bribriesco
William John Bribriesco
2407 – 18th St., Suite 200
Bettendorf, IA 52722

Guy Richard Cook
Aaron W. Lindebak
Grefe & Sidney, P.L.C.
500 E. Court Avenue, Suite 200
Des Moines, IA 50309